# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Wayne Deering and Elise Deering, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 4:14-cv-105 |
| | ) | |
| Defendant. | ) | |

On October 31, 2014, the parties filed a Stipulation to Dismiss. The court **ADOPTS** the parties' stipulation (Docket No. 11) and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs or attorney's fees.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court